UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
et al.,

                       Petitioner(s),

     -against-

DP CIVIL, INC.,

                      Respondent(s),
-----------------------------------------------------------X

25 civ 8564 (JGK)

**ARBITRATION AWARD
SCHEDULING ORDER**

A petition to confirm an arbitration award has been filed with this Court.

The respondent shall serve and file papers in response to the petition by **November 27, 2025.**

The petitioner shall serve and file any reply papers by **December 18, 2025.**

The petitioner is directed to serve a copy of this order along with the petition on the respondent.

SO ORDERED.

                                                                  _____
                                                                   **JOHN G. KOELTL
                                                           UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 30, 2025