UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND,

25-cv-8564 (JGK)

ORDER

Petitioner,

- against -

TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
ET AL.,

Respondents.

---

JOHN G. KOELTL, District Judge:

The deadline for the respondent to file papers in response to the petition to confirm an arbitration award was November 27, 2025. ECF No. 9. To date, the respondent has not filed any papers in response.

The deadline for the respondent to serve and file papers in response to the petition is extended to **December 15, 2025.** The deadline for the petitioner to file any reply papers is **January 5, 2026.** If the respondent fails to respond by **December 15, 2025,** the Court will decide the petition on the current papers.

SO ORDERED.

Dated:     New York, New York
           December 1, 2025

                                    John G. Koeltl
                                    United States District Judge