UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS                25-cv-8564 (JGK)
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN          ORDER
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND,

                    Petitioner,

            - against -

TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
ET AL.,

                    Respondents.
———————————————————————————————

JOHN G. KOELTL, District Judge:

     On December 1, 2025, the Court extended the deadline for

the respondent to file papers in response to the petition to

confirm an arbitration award to December 15, 2025. To date, no

response has been filed. As discussed in the December 1, 2025,

Order, the Court will decide the petition on the current papers.

     The petitioner is directed to provide the Court with paper

courtesy copies of all papers filed in connection with the

petition to confirm an arbitration award.

The petitioner is directed to serve this order on the respondent by **December 22, 2025,** and to file proof of service on the docket by **December 29, 2025.**

SO ORDERED.

Dated:    New York, New York
          December 17, 2025

John G. Koeltl
United States District Judge

2