**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, ET AL.

                     Petitioners,

       -against-

DP CIVIL INC.,

                     Respondent.
-----------------------------------------------------------------X

25 **CIVIL** 8564 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 1, 2026, the Petition to enforce the arbitration award is granted. Judgment is entered in favor of the Petitioners as follows: 1) In the amount of $605,862.67, plus pre-judgment interest thereon from July 29, 2025, at an annual rate of 9.5% until the entry of the judgment in the amount of $39,107.19.   2) $960 in attorneys' fees and $84.50 in costs related to this action. 3) Post-judgment interest on the entire amount of the judgment, which shall accrue at the statutory rate. See 28 U.S.C. § 1961 (a). 4) Ordering the respondent to produce, within thirty days, any and all books and records necessary to conduct an audit for the period of March 1, 2023, through the present; accordingly, the case is closed.

**Dated**: New York, New York
    April 3, 2026

                         **TAMMI M. HELLWIG**
                           **Clerk of Court**

              BY:

                           **Deputy Clerk**